IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN DAVID SAUNDER,

    Plaintiff,                       No. 2:09-cv-1890 JFM (PC)

   vs.

JOSE MANUEL DIAZ, et al.,

    Defendants.                <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). <u>See</u> Consent to Jurisdiction by United States Magistrate Judge, filed July 24, 2009.

       By order filed August 21, 2009, plaintiff's amended complaint was dismissed and thirty days' leave to file a second amended complaint was granted. Plaintiff was cautioned that failure to file a second amended complaint would result in dismissal of this action. Order filed

/////

/////

---

[1] The court has not ruled on plaintiff's in forma pauperis application. <u>See</u> Order filed August 21, 2009, at 1 n.1.

1

August 21, 2009 at 4.[2]   The thirty day period has now expired, and plaintiff has not filed an amended complaint. Accordingly, the action will be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

On September 10, 2009, plaintiff filed a letter. Good cause appearing, the Clerk of the Court will be directed to send a copy of plaintiff's letter to counsel for the plaintiff class in Coleman v. Schwarzenegger, No. 2:90-cv-0520-LKK-JFM (PC).

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice; and

2. The Clerk of the Court is directed to send a copy of the letter filed by plaintiff on September 10, 2009 to Amy Whelan, Esq., Rosen, Bien & Galvan LLP, 315 Montgomery Street, 10th Floor, San Francisco, CA 94104.

DATED: October 8, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
saun1890.dm

---

[2] The order warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Order filed August 21, 2009, at 4. As noted above, plaintiff, the only party to appear in the action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Accordingly, this court has authority to dismiss the action by order.

2